UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE FINISH LINE, INC., )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>FOOT LOCKER, INC., )<br>    Defendant. ) | 1:04-cv-877-RLY-WTL |

# FINAL JUDGMENT

Comes now the court, having this day granted the motion for summary judgment filed by Defendant, Foot Locker, Inc., and now enters final judgment in its favor, and against the Plaintiff herein, the Finish Line, Inc.

**SO ORDERED** this 18th day of January 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

s/ Christina L. Leighty
By: Deputy Clerk

Electronic Copies to:

Alan S. Brown
LOCKE REYNOLDS LLP
abrown@locke.com

John M. Callagy
KELLEY DRYE & WARREN LLP
jcallagy@kelleydrye.com

James Dimos
LOCKE REYNOLDS LLP
jdimos@locke.com

Spencer Patrick Goodson
BARNES & THORNBURG LLP
sgoodson@btlaw.com

Donald E. Knebel
BARNES & THORNBURG LLP
donald.knebel@btlaw.com

Dwight D. Lueck
BARNES & THORNBURG
dwight.lueck@btlaw.com

Deborah Pollack-Milgate
BARNES & THORNBURG
dmilgate@btlaw.com

Christine Loretta Schessler
KELLEY DRYE & WARREN LLP
cschessler@kelleydrye.com

Joel E. Tragesser
LOCKE REYNOLDS LLP
jtragesser@locke.com

David I. Zalman
KELLEY DRYE & WARREN LLP
dzalman@kelleydrye.com

Case 1:04-cv-00877-RLY-WTL   Document 106   Filed 01/18/06   Page 3 of 3 PageID #: 1266